OPINION — AG — QUESTION: "WE DESIRE YOUR OFFICIAL OPINION TO WHETHER PREMIUMS ON GROUP HEALTH AND MEDICAL BENEFITS, ACCIDENT, HEALTH AND LIFE INSURANCE FOR DEPUTIES AND EMPLOYEES OF THE STATE EXAMINER AND INSPECTOR, AS AUTHORIZED BY 11 O.S. 1961 16 [11-16], MAY BE PAID FROM FUNDS APPROPRIATED TO THIS OFFICE BY SENATE BILL NO. 164 OF THE 29TH LEGISLATURE?" — THE STATED PREMIUMS MAY BE PAID FROM FUNDS APPROPRIATED BY SENATE BILL NO. 164 (BURCK BAILEY)